# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **GARRETT SMITH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. CIV-23-233-AMG |
| ) | |
| **KILOLO KIJAKAZI, Acting** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| **Defendant.** ) | |

## JUDGMENT

In accordance with the Order entered this same date granting Defendant Commissioner of Social Security Administration's Unopposed Motion To Reverse And Remand For Further Administrative Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g) (Doc. 20), the decision of the Commissioner is **REVERSED**. Judgment is entered in favor of Plaintiff, *see Shalala v. Schaefer*, 509 U.S. 292 (1993), and the case is **REMANDED** for further administrative proceedings.

ENTERED this 31st day of October, 2023.

*Amanda Maxfield Green*
AMANDA MAXFIELD GREEN
UNITED STATES MAGISTRATE JUDGE